IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE GOLDBLATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09-CV-0748-DGK |
| | ) | |
| MINA HERRON et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case arises from pro se Plaintiff Lawrence Goldblatt's attempt to refinance his home from an adjustable rate mortgage (ARM) into a fixed rate, low-interest mortgage shortly before the ARM was due to reset. Goldblatt is now facing foreclosure.

Pending before the Court is Plaintiff's Motion for Expedited Injunctive Relief (Doc. 60). Although it is somewhat unclear, Plaintiff appears to be seeking an injunction preventing Defendants Sand Canyon Corporation (f/k/a Option One Mortgage Corporation) and American Home Mortgage Servicing Inc. ("AHMSI") from foreclosing on his home. Because Plaintiff's claims against both of these defendants have been dismissed, Plaintiff cannot establish a key element for an injunction, namely that he is likely to prevail on the merits of the lawsuit. *Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 112-13 (8th Cir. 1981). Accordingly the Motion is DENIED.

**IT IS SO ORDERED.**

DATE: September 2, 2010         /s/ Greg Kays
                                GREG KAYS, JUDGE
                                UNITED STATES DISTRICT COURT