**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| LAWRENCE GOLDBLATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09-CV-0748-DGK |
| | ) | |
| MINA HERRON et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING PLAINTIFF'S MOTIONS TO STRIKE

This case arises from pro se Plaintiff Lawrence Goldblatt's unsuccessful attempt to refinance the mortgage on his home and avoid foreclosure. Pending before the Court are Plaintiff's motions to strike (docs. 83 and 84) Defendant American Home Mortgage Services, Inc.'s suggestions in opposition to Plaintiff's motions for leave to file amended petitions. Plaintiff contends American Home Mortgage Services suggestions in opposition should be stricken because they are "dilatory, irrelevant, immaterial, and attempts to temporarily obstruct or delay" Plaintiff's lawsuit, do not address the merits, and "must be stricken."

The Court finds the briefs are relevant, material, and not submitted for any improper purpose. Accordingly the motions are DENIED.

**IT IS SO ORDERED.**

DATE: <u>August 10, 2011</u>　　　　　　　　　 <u>/s/ Greg Kays</u>
　　　　　　　　　　　　　　　　　　　　　 GREG KAYS, JUDGE
　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT COURT