IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE GOLDBLATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09-CV-0748-DGK |
| | ) | |
| MINA HERRON et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING DEADLINE FOR ARBITRATION**

This case arises from pro se Plaintiff Lawrence Goldblatt's unsuccessful attempt to refinance the mortgage on his home and avoid foreclosure. Pending before the Court is a status report from Defendant Neighborhood Assistance Corporation of America ("NACA") (doc. 93).

On June 9, 2010, this Court granted NACA's motion to compel arbitration and stayed all proceedings against NACA pending arbitration of Plaintiff's dispute with NACA. NACA reports that Plaintiff subsequently filed a demand for arbitration with the American Arbitration Association, but never paid the arbitration fee, thus the arbitration has not moved forward. This appears to be the only reason the arbitration has not moved forward.

The Court sees no reason why the claims against NACA should be stayed in perpetuity. Given that the Court has already stayed Plaintiff's claims against NACA for more than a year, Plaintiff should either actively arbitrate his claims against NACA (that is, pay the appropriate arbitration fee so the arbitration can move forward), or dismiss his claims against NACA. If Plaintiff fails to do either by September 30, 2011, the Court will dismiss Plaintiff's claims against NACA with prejudice.

**IT IS SO ORDERED.**

DATE: August 10, 2011            /s/ Greg Kays
                                               GREG KAYS, JUDGE
                                               UNITED STATES DISTRICT COURT